AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

SEAN CHRISTOPHER THOMAS,

Plaintiff.

**v.**

JEFF EVANS, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:26-cv-21

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That, in accordance with the Order dated March 13, 2026, Civil Action Numbers 2:26-cv-16 and 2:26-cv-21 are consolidated. Civil Action Number 2:26-cv-21 stands closed.

Approved by: _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

March 16, 2-26
Date

John E. Triplett, Clerk of Court
Clerk

James R. Burell
(By) Deputy Clerk

GAS Rev 10/2020